IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02158-PAB-MJW

JOE HAND PROMOTIONS, INC.,

Plaintiff,

v.

JAYMEN JOHNSON, individually, and
d/b/a SPEAKEASY VAPE LOUNGE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Appear Telephonically at Scheduling Conference (Docket No. 19) is GRANTED.  Plaintiff's counsel may appear by telephone at the Scheduling Conference on February 9, 2016, at 9:30 a.m. Mountain Time by calling the court at that time at (303) 844-2403.

Date: January 21, 2016